**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | CASE NO: | 18-11964-ref |
| Jason D. Heer | : | | |
| Debtor(s) | : | CHAPTER 13 | |

**RESPONSE TO MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 (d)**

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

WHEREFORE, Debtor seeks an Order denying this Motion.

Respectfully submitted,

Dated: June 13, 2018          By: /s/ Michael D. Hess
　　　　　　　　　　　　　　　　Michael D. Hess, Esquire
　　　　　　　　　　　　　　　　Pa. I.D.# 63650
　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　1672 Manheim Pike
　　　　　　　　　　　　　　　　Lancaster, PA 17601
　　　　　　　　　　　　　　　　(717) 391-2911