**UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
     **Jason D. Heer**            :     **Case No.  18-11964-ref**
                            :
                            :     **Chapter 13**

**PRAECIPE TO WITHDRAW RESPONSE TO MOTION FOR RELIEF FROM STAY OF**
**PNC BANK NATIONAL ASSOCIATION**

**TO THE CLERK:**

     Kindly withdraw our Response to the Motion for Relief From Stay of PNC Bank National Association, which was filed on April 9, 2018, for the above captioned matter without prejudice.

                    RESPECTFULLY SUBMITTED,

                    BURKE & HESS

By:     */s/*__Michael D. Hess___
          Michael D. Hess, Esquire
          Attorney for Debtor
          1672 Manheim Pike
          Lancaster, PA  17601
          (717) 391-2911