# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason D. Heer<br>　　　　　Debtor | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　Movant<br>vs. | NO. 18-11964 REF |
| Jason D. Heer　　　　　Debtor | |
| Theresa L. Hasselhan　　　Co-Debtor | |
| Frederick L. Reigle Esq.　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 110 Hess Boulevard, Lancaster, PA 17601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. It is further ORDERED that the Co-Debtor stay is vacated.

**Date: June 29, 2018**

_____
United States Bankruptcy Judge.