United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-11964-ref
Jason D. Heer                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa            Page 1 of 1              Date Rcvd: Jun 29, 2018
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db             +Jason D. Heer,    110 Hess Boulevard,    Lancaster, PA 17601-4046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
        MICHAEL D. HESS    on behalf of Debtor Jason D. Heer amburke7@yahoo.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
         RRamos-Cardona@fredreiglech13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jason D. Heer | | CHAPTER 13 |
| | Debtor | |
| PNC BANK, NATIONAL ASSOCIATION | | |
| | Movant | |
| vs. | | NO. 18-11964 REF |
| Jason D. Heer | Debtor | |
| Theresa L. Hasselhan | Co-Debtor | |
| Frederick L. Reigle Esq. | Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 110 Hess Boulevard, Lancaster, PA 17601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. It is further ORDERED that the Co-Debtor stay is vacated.

**Date: June 29, 2018**

_____
United States Bankruptcy Judge.