UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
      JASON D. HEER                         : Bankruptcy No. 18-11964REF
                                                    :
      Debtor(s)                             : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed ~~with~~ **without** ~~Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court~~.

FOR THE COURT

7/12/18                    _____
                           Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Michael D. Hess, Esq.
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

Jason D. Heer
110 Hess Boulevard
Lancaster, PA 17601

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107