United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11964-ref
Jason D. Heer                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: Jul 12, 2018
                             Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
db              +Jason D. Heer,    110 Hess Boulevard,    Lancaster, PA 17601-4046
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14078884        +Designed Receivables,    1 Centerpointe Drive, Ste. 45,    La Palma, CA 90623-1052
14078888        +PNC Bank Mortgage Service,    3232 Newark Drive,    Miamisburg, OH 45342-5433
14115957        +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14122222         UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                  MADISON WI 53708-8973
14078889         US Department of Education,    PO Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2018 01:52:50
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2018 01:53:04     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14078883         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2018 02:01:29     Capital One Bank,
                  15000 Capital One Drive,    Richmond, VA 23238
14078885        +E-mail/Text: bknotice@ercbpo.com Jul 13 2018 01:52:58     Enhanced Recovery Co. LLC,
                  8014 Bayberry Road,    Jacksonville, FL 32256-7412
14078886        +E-mail/Text: kara.vincent@lrrcu.org Jul 13 2018 01:53:26     Lancaster Red Rose Credit Union,
                  1010 New Holland Avenue,    Lancaster, PA 17601-5606
14078887        +E-mail/Text: Bankruptcies@nragroup.com Jul 13 2018 01:53:25     National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
14104266         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2018 02:01:30
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Jason D. Heer amburke7@yahoo.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
         JASON D. HEER              : Bankruptcy No. 18-11964REF
                                    :
         Debtor(s)                  : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed ~~with~~ without Prejudice ~~and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court~~.

FOR THE COURT

7/12/18                    /s/ Richard E. Fehling
                           _____
                           Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Michael D. Hess, Esq.
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

Jason D. Heer
110 Hess Boulevard
Lancaster, PA 17601

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107